Nadejda **MAKAROWSKI,**
Plaintiff–Appellant,

v.

Mary Christina **MORRISON; et al., Defendants–Appellees.**

No. 08–55848.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 15, 2008.

Nadejda Makarowski, Stanton, CA, pro se.

Before: PREGERSON, McKEOWN and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

A review of the record, appellant's opening brief, and appellant's response to the

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, we summarily affirm the district court's May 20, 2008 order dismissing this case for lack of jurisdiction.

All other pending motions are denied.

**AFFIRMED.**